IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20971
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER BERNAL-SOTO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-224-1
--------------------
June 19, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel representing Javier Bernal-Soto has

moved for leave to withdraw and has filed a brief as required by

Anders v. California, 386 U.S. 738 (1967).  Bernal-Soto was

provided with a copy of counsel's Anders motion and brief and has

filed a response.  Our independent review of counsel's brief,

Bernal-Soto's response, and the record discloses no nonfrivolous

issue.  Accordingly, counsel's motion for leave to withdraw is

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.